Paul M. Ferder, OSB No. 720871
Ferder, Casebeer & Knodell, LLC
515 High Street SE
P.O. Box 843
Salem, OR 97308-0843
Telephone: (503)585-9197
Fax: (503)399-7904
Email: pferder@ferder.com
Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          vs.<br><br>CATALIN DRAGOMIR,<br><br>                              Defendant. | No. 3:24-cr-00204-SI<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Catalin Dragomir, by and through his attorney Paul M. Ferder of Ferder, Casebeer & Knodell, LLC, hereby submits the following sentencing memorandum. On May 26, 2026, at 11:00 a.m., Defendant Catalin Dragomir, will appear before the Court for Sentencing in this matter. On February 19, 2026, Defendant entered, and the court accepted, a guilty plea to Count 1: Obtaining Information from a Protected Computer in violation of 18 U.S.C § 1030(a)(2)(C), and (c)(2)(B); and Count 5: Aggravated Identity Theft in violation of 18 U.S.C. § 1028A. For reasons outlined in other sentencing materials before the Court, counsel will be moving the Court to sentence Defendant to a period of 12 months with credit for time served on Count One; along with the statutory mandatory 24-month consecutive sentence for Count Five.

///

**Page 1 of 2 DEFENDANT'S SENTENCING MEMORANDUM**

Defendant anticipates that government will recommend a sentence within the applicable guideline range as long as Defendant demonstrates an acceptance of responsibility as explained in the Plea Agreement Letter.

Dated 15th day of May, 2026

FERDER, CASEBEER & KNODELL, LLC

/s/ PAUL M. FERDER
PAUL M. FERDER, OSB No. 720871
Of Attorneys for Defendant

**Page 2 of 2 DEFENDANT'S SENTENCING MEMORANDUM**