SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CSB # 267196**
Assistant United States Attorney
Katherine.rykken@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00204-SI |
| v. | **UNOPPOSED MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM** |
| **CATALIN DRAGOMIR,** | |
| **Defendant.** | |

The United States of America requests the Court seal the Government's Sentencing Memorandum. The government requests the sentencing memorandum be sealed because the submission includes victim information.

Counsel for defendant Catalin Dragomir does not oppose this motion.

Dated: May 20, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CAB #267196
Assistant United States Attorney